<pre>
 1
 2
 3
 4
 5
 6
 7                          UNITED STATES DISTRICT COURT
 8                          EASTERN DISTRICT OF CALIFORNIA
 9
10   RANDY WADE ANDERSON,                    )  Case No.: 1:17-cv-1560- JLT
                                             )
11              Plaintiff,                   )  ORDER DIRECTING THE CLERK TO CLOSE
                                             )  THE ACTION
12        v.                                 )
                                             )  (Doc. 12)
13   NANCY A. BERRYHILL,                     )
     Acting Commissioner of Social Security, )
14                                           )
                Defendant.                   )
15
</pre>

Randy Wade Anderson and Nancy Berryhill, Acting Commissioner of Social Security, stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." (*See* Doc. 12)  Because all parties have signed the amended stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

   Dated:   **May 23, 2018**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE